IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL GARCIA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 07-5368 |
| v. | : | |
| | : | |
| MATTHEW LEDDY, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this      day of         , 2008, it is hereby ORDERED that counsel for defendants shall be permitted to take the deposition of plaintiff's witness Susie Gomez, Inmate Number ON-2586, presently incarcerated at the State Correctional Institution at Muncy. Defendants may take this deposition in person, by telephone, by videoconference equipment or by other appropriate means.

BY THE COURT

_____
Golden, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL GARCIA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 07-5368 |
| v. | : | |
| | : | |
| MATTHEW LEDDY, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO DEPOSE INMATE WITNESS**

Pursuant to Fed.R.Civ.P. 30(a) (2), defendants Leddy, Trembly, Mann, Schofe, Smith and Macey, hereby request leave of court to take the deposition Susie Gomez, Inmate Number ON-2586, presently incarcerated at the State Correctional Institution at Muncy.

1. Plaintiff Garcia alleges use of excessive force in this 42 U.S.C. § 1983 lawsuit.

2. Garcia lists Gomez as a witness to the underlying events.

3. Gomez is presently incarcerated at the State Correctional Institution at Muncy, which is about 3 ½ hours from Philadelphia by automobile.

4. Defendants learned of her location on October 31, 2008.

5. Defendants wish to depose Gomez for purposes of investigating plaintiff's allegations.

                                      THOMAS W. CORBETT, JR.
                                      ATTORNEY GENERAL

BY:    s/s Barry N. Kramer
         BARRY N. KRAMER
         Chief Deputy Attorney General
         Identification No. 41624

Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-1581
Fax:    (215) 560-1031

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL GARCIA, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO. 07-5368 |
| v. : | |
| : | |
| MATTHEW LEDDY, : | |
| et al., : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

    I, Barry N. Kramer, hereby certify that defendants' motion to depose inmate witness in the above-captioned matter has been filed electronically on November 3, 2008, and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"). The ECF System's electronic service of the Notice of Electronic Case Filing constitutes service on all parties who have consented to electronic service:

Kevin C. Allen, Esquire
Crystle, Allen & Braught, LLC
143 North Duke Street
Lancaster, PA 17602

John Morgenstern, Esquire
Deasey, Mahoney & Valentini, Ltd.
1601 Market Street
Suite 3400
Philadelphia, PA 19103-2301

                                                      /s/ Barry N. Kramer
                                                      Barry N. Kramer